UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-16 |
| Plaintiff, | Hon. Janet T. Neff<br>U.S. District Judge |
| v. | |
| CHRISTOPHER WILLIAM DARMOFAL, | |
| Defendant. | |

**ORDER FOR DETENTION**

Defendant appeared before the undersigned for an initial appearance and arraignment on September 29, 2022 on an indictment charging him with being a felon in possession of a firearm. Defendant currently has state court charges pending in Houghton County. Defendant reserved the issue of detention and if Defendant is able to post bond on the state court charges, he may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  September 29, 2022        /s/ *Maarten Vermaat*
                                                    MAARTEN VERMAAT
                                                    U.S. MAGISTRATE JUDGE